**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| T'ONYA GREEN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MERCANTILE ADJUSTMENT BUREAU, )<br>LLC, )<br>)<br>Defendant )<br>)<br>) | **Case No.: 1:13-cv-456-NLH-JS** |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: November 1, 2013

BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Attorney ID # AB 0891
Kimmel & Silverman, P.C
1930 E. Marlton Pike, Suite Q29
Cherry Hill, New Jersey 08003
Phone: (856)429-8334
Facsimile: (856) 216-7344
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by U.S. First Class Mail and electronic mail this 1st day of November, 2013 to the following:

Jennifer D. Wilson
Mercantile Adjustment Bureau
6390 Main Street, Suite 160
Williamsville NY 14221
Email: jwilson@mercantilesolutions.com

*/s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Attorney ID # AB 0891
Kimmel & Silverman, P.C
1930 E. Marlton Pike, Suite Q29
Cherry Hill, New Jersey 08003
Phone: (856)429-8334
Facsimile: (856) 216-7344
Email: abennecoff@creditlaw.com
Attorney for Plaintiff